UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHARDA PROPERTIES, LLC and
H. CHARLES TAPALIAN, SR.
*Plaintiffs,*

vs.

TOWN OF JOHNSTON, JOSEPH CHIODO in
his capacity as Finance Director of the Town of
Johnston, and JOSEPH M. POLISENA, SR. in
his capacity as the Prior Mayor of the Town of
Johnston and individually
*Defendants*

C.A. No. 1:23-cv-145
*{Superior Court C.A. No PC-2023-01275}*

## DEFENDANTS' NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1441 et seq., Rule 81(c) of the

Federal Rules of Civil Procedure, and Local Civil Rule 81 of the United States District Court for

the District of Rhode Island, Defendants, Town of Johnston, Joseph Chiodo in his capacity as

Finance Director of the Town of Johnston, and Joseph M. Polisena, Sr. in his capacity as the

Prior Mayor of the Town of Johnston and individually (hereinafter "Defendants" or "Town"),

allege as follows:

1. Defendants, Town of Johnston, Joseph Chiodo in his capacity as Finance Director of the

   Town of Johnston, and Joseph M. Polisena, Sr. in his capacity as the Prior Mayor of the

   Town of Johnston and individually (hereinafter "Town" or "Defendants") are Defendants

   in the civil action filed in Providence County Superior Court, entitled, **Charda**

   **Properties, LLC and H. Charles Tapalian, Sr. v. Town of Johnston, Joseph Chiodo**

   **in his capacity as Finance Director of the Town of Johnston, and Joseph M.**

   **Polisena, Sr., in his capacity as Prior Mayor of the Town of Johnston and**

   **individually,** *C.A. No. PC-2023-01275.*

2. Pursuant to 28 U.S.C. § 1446(a), attached hereto is a copy of the process and pleadings served

*Charda Properties, LLC, et al v. Town of Johnston, et al*
*C.A. No. 1:23-cv-145*

upon Defendants.

3. This Notice of Removal is filed timely under 28 U.S.C. § 1446(b).

4. The above described action, as stated in Plaintiff's Complaint, is one of which this Court has original federal question jurisdiction, pursuant to the provisions of 28 U.S.C. § 1331, and is therefore one which may be removed to this Court by these defendants, pursuant to the provisions of 28 U.S.C. § 1441(a)-(d).

5. This Notice of Removal is filed on behalf of all defendants, all of whom consent to the instant removal in accordance with 28 U.S.C. § 1446(b)(2)(A).

6. A copy of this Notice of Removal will be filed promptly in the Court from which the case is being removed and all adverse parties pursuant to 28 U.S.C. § 1446(d).

7. Within fourteen (14) days after filing this Notice of Removal, the party filing this notice shall do whatever is necessary to enable the clerk of the state court to assemble and electronically transmit a certified copy of the docket sheet and all documents filed in the case being removed, pursuant to Local Civil Rule 81(b).

CERTIFICATION OF SERVICE

I hereby certify, that on this 7th day of April 2023, I electronically served this document through the electronic filing system upon the following parties:

Eric S. Brainsky, Esq. (#7335)                 Michael E. Levinson, Esq. (#7567)
ebrainsky@brainskylevinson.com                 mlevinson@brainskylevinson.com

*/s/ Michael A. DeSisto*